UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
**ESTATE OF JAMES SHASHA, ET AL,**

                         **Petitioners,**

          **-against-**                                   **25-cv-5918 (ALC)**

**UNITED STATES OF AMERICA, ET AL,**        **ORDER**

                        **Respondents.**
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On July 28, 2025, this case was reassigned to the Court's docket and Judge Lorna G. Schofield is no longer assigned to the case. In light of the case reassignment, the Court hereby adjourns the September 9, 2025 case conference scheduled by Judge Schofield in her July 22, 2025 Order. *See* ECF No. 9. The Parties also need not submit a joint letter on September 2, 2025 as ordered by Judge Schofield. Respondents' deadline to answer or otherwise respond to the petition remains **September 22, 2025.**

**SO ORDERED.**

Dated:     **August 12, 2025**
            **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**